UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANELLA SMART,

Plaintiff,

v.

RNA FACILITIES MANAGEMENT,

Defendant.

Case No. 26-cv-11944

Honorable Robert J. White

**ORDER TO COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE**

Before the Court is *pro se* Plaintiff Janella Smart's application to proceed *in forma pauperis*. (ECF No. 6). In her application, Smart stated that her gross pay or wages varies but that her take-home pay or wages are $12.50 per hour. (ECF No. 6, PageID.21). Beyond that, Smart provided no additional information about her finances. Instead, Smart responded to items numbered four, five, six, and eight that the information was confidential and that she could file it under seal. (*Id.* at PageID.22). Without that information, the Court cannot determine whether to grant Smart's application. *See Adamson v. Horwitz*, No. 25-00420, 2025 WL 2834909, at *1 (M.D. Tenn. Oct. 6, 2025) (leaving "much of the IFP application blank" can result in application's rejection).

Although Smart indicated she could file the missing information under seal, she did not file a motion to do so as required by the Local Rules. *See* E.D. Mich. LR 5.3(b)(2). Nor did Smart offer any "compelling reason" in her application to seal the information. E.D. Mich. LR 5.3(b)(C)(i). As a result, the Court will order Plaintiff to (1) complete in full the application to proceed IFP and re-file it on the docket or (2) pay the filing fee. If Plaintiff wants to file her IFP application under seal, she must file a separate motion explaining her reasons for doing so.

* * *

For the reasons given, the Court ORDERS that Plaintiff must either resubmit a complete IFP application or pay the filing fee within thirty days (30) of the date of this order. Failure to comply with this order may result in dismissal.

Dated: August 24, 2026

s/Robert J. White
Robert J. White
United States District Judge